UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | NO. CV 12-3713 AG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: MAY 11, 2012.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE